**Order entered October 27, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00821-CV

## IN RE CLYDE JOE PARKER II, Respondent

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 049314-C**

## ORDER

Before Justices Osborne, Reichek, and Browning

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/   AMANDA L. REICHEK
JUSTICE